UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RYAN JOSEPH RALEY ) | Case No. 21-10545-MER |
| ) | |
| SSNs: XX-XXX-6937 ) | Chapter 13 |
| ) | |
| Debtor(s). ) | |

**ORDER REINSTATING DISMISSED CHAPTER 13 CASE**

This matter comes before the Court on the Debtor's Motion to Reinstate Dismissed Chapter 13 case due to nonpayment of the court filing fee. Having reviewed the pleadings and the Debtor's reasoning set forth therein, the Court hereby:

    GRANTS the Debtor's Motion and reinstates the Debtor's case whereas the Debtor must pay the remaining balance due on their court filing fee immediately. Failure to render payment forthwith will result in dismissal of the Debtor's case without further notice.

Dated: May 17, 2021   BY THE COURT: _____
                                                                    United States Bankruptcy Judge